UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSE ROQUE ABADIO ORTIZ,

               Plaintiff,

  vs.

DIRECTOR OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

               Defendant.

Case No.: 2:25-cv-00898-GMN-DJA

**ORDER**

Before the Court is the Complaint, (ECF No. 1), filed by Plaintiff, Jose Roque Abadio Ortiz. The Complaint identifies Plaintiff's mailing address as 1000 Palm Blvd, PO Box 349, Isle of Palms, SC, 29451. The Clerk of Court placed Plaintiff's listed physical address in Las Vegas on the docket and mailed the Advisory Letter to the Las Vegas address, rather than his mailing address in South Carolina. (ECF No. 2).

**IT IS HEREBY ORDERED** that the Clerk of Court is kindly directed to update Plaintiff's address to the mailing address in South Carolina and send the Advisory Letter to that address.

**IT IS FURTHER ORDERED** that Plaintiff must file a Certificate of Interested Parties by June 30, 2025, and must file proof of service by September 12, 2025.

Dated this __12__ day of June, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court