UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSE ROQUE ABADIO ORTIZ,<br><br>Plaintiff,<br><br>DIRECTOR OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendant. | Case No.: 2:25-cv-00898-GMN-DJA<br><br>**ORDER OF DISMISSAL PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

On May 21, 2025, Plaintiff Jose Roque Abadio Ortiz filed a Complaint against Defendant Director of United States Citizenship and Immigration Services. (*See* Compl., ECF No. 1). On September 16, 2025, the Court warned Plaintiff that if he did not properly serve Defendant by October 16, 2025, the Court would enter an Order of Dismissal pursuant to Federal Rule of Civil Procedure 4(m). (*See* Notice, ECF No. 8). The deadline has now passed, no proper proof of serve has been filed, and Plaintiff has failed to show good cause as to why the Court should not dismiss this action without prejudice for failure to effect timely service.

**IT IS THEREFORE ORDERED** that the above-entitled action is **DISMISSED WITHOUT PREJUDICE**.

The Clerk is kindly instructed to close the case.

**DATED** this __5__ day of November, 2025.

_____
GLORIA M. NAVARRO, DISTRICT JUDGE
UNITED STATES DISTRICT COURT